# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: CAHILL, DONALD E. | § | Case No. 10-14734-WCH |
| CAHILL, LINDA R | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

WARREN AGIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00
*(without deducting any secured claims)*

Assets Exempt:  $71,465.74

Total Distribution to Claimants:$8,272.59

Claims Discharged
Without Payment: $148,098.02

Total Expenses of Administration:$3,373.44

3)  Total gross receipts of $       12,555.98    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        909.95    (see **Exhibit 2**), yielded net receipts of  $11,646.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $446,585.76 | $445,769.66 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,373.44 | 3,373.44 | 3,373.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,986.12 | 5,986.12 | 5,986.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 103,988.16 | 124,134.38 | 124,134.38 | 2,286.47 |
| **TOTAL DISBURSEMENTS** | $550,573.92 | $579,263.60 | $133,493.94 | $11,646.03 |

4)  This case was originally filed under Chapter 13 on April 30, 2010 and it was converted to Chapter 7 on June 06, 2011.The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2013 _____      By: _/s/WARREN AGIN _____
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Western National Life Insurance Company Annuity | 1129-000 | 12,555.81 |
| Interest Income | 1270-000 | 0.17 |
| **TOTAL GROSS RECEIPTS** | | $12,555.98 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Linda Cahill | Payment of claim of exemption in Western National Life Annuity | 8100-002 | 909.95 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $909.95 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Crescent Credit Union | 4210-000 | 9,262.92 | 9,260.71 | 0.00 | 0.00 |
| 12 | GMAC Mortgage, LLC | 4110-000 | 383,960.99 | 383,570.06 | 0.00 | 0.00 |
| 13 | Specialized Loan Servicing, LLC | 4110-000 | 53,361.85 | 52,938.89 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $446,585.76 | $445,769.66 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|------------------|-----------------|----------------|-------------|
| WARREN AGIN | 2100-000 | N/A | 1,914.60 | 1,914.60 | 1,914.60 |
| Verdolino & Lowey, P.C. | 3410-000 | N/A | 58.59 | 58.59 | 58.59 |
| Verdolino & Lowey, P.C. | 3410-000 | N/A | 1,140.00 | 1,140.00 | 1,140.00 |
| International Sureties, Ltd | 2300-000 | N/A | 8.82 | 8.82 | 8.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.40 | 25.40 | 25.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.97 | 25.97 | 25.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.06 | 25.06 | 25.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,373.44 | $3,373.44 | $3,373.44 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|--------------------|------------------|-----------------|----------------|-------------|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-----------|----------|--------------------|--------------------------------|----------------------------------------|----------------|-------------|
| 5P-2 | Internal Revenue Service | 5800-000 | N/A | 5,986.12 | 5,986.12 | 5,986.12 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,986.12 | $5,986.12 | $5,986.12 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quincy Credit Union | 7100-000 | N/A | 4,246.89 | 4,246.89 | 78.22 |
| 2 | Discover Bank | 7100-000 | N/A | 7,059.43 | 7,059.43 | 130.03 |
| 3 | Discover Bank | 7100-000 | 13,465.14 | 6,406.14 | 6,406.14 | 118.00 |
| 4 -2 | Rockland Trust Company | 7100-000 | 17,870.85 | 17,160.99 | 17,160.99 | 316.09 |
| 5U-2 | Internal Revenue Service | 7100-000 | N/A | 417.76 | 417.76 | 7.69 |
| 6 | Dell Financial Services L.L.C. | 7100-000 | 1,463.00 | 1,787.04 | 1,787.04 | 32.92 |
| 7 | Quincy Credit Union | 7100-000 | 4,563.00 | 9,794.22 | 9,794.22 | 180.40 |
| 9 | eCast Settlement Corporation | 7100-000 | 15,003.00 | 15,683.19 | 15,683.19 | 288.87 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | 7,827.00 | 8,260.50 | 8,260.50 | 152.15 |
| 11 | eCast Settlement Corporation | 7100-000 | N/A | 2,492.94 | 2,492.94 | 45.92 |
| 14 | CR Evergreen, LLC | 7100-000 | 687.00 | 895.28 | 895.28 | 16.49 |
| 15 | National Capital Management, LLC. | 7100-000 | N/A | 1,516.13 | 1,516.13 | 27.93 |
| 16 | Capital One Bank (USA), N.A. | 7100-000 | 3,660.38 | 3,905.98 | 3,905.98 | 71.95 |
| 17 | OPHRYS, LLC | 7100-000 | N/A | 5,215.47 | 5,215.47 | 96.07 |
| 18 | PRA Receivables Management, LLC | 7100-000 | N/A | 9,116.27 | 9,116.27 | 167.92 |
| 19 | PRA Receivables Management, LLC | 7100-000 | N/A | 2,400.11 | 2,400.11 | 44.21 |
| 20 | HSBC Bank Nevada, N.A. | 7100-000 | 845.00 | 953.78 | 953.78 | 17.57 |
| 21 | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 598.67 | 598.67 | 11.03 |
| 22 | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 1,912.43 | 1,912.43 | 35.23 |
| 23 | PRA Receivables Management, LLC | 7100-000 | N/A | 5,958.66 | 5,958.66 | 109.75 |
| 24 | PRA Receivables Management, LLC | 7100-000 | N/A | 1,061.06 | 1,061.06 | 19.54 |
| 25 | PRA Receivables Management, LLC | 7100-000 | N/A | 4,752.82 | 4,752.82 | 87.54 |
| 26 | PRA Receivables Management, LLC | 7100-000 | 4,869.00 | 4,809.83 | 4,809.83 | 88.59 |
| 27 | eCAST Settlement Corporation | 7100-000 | 2,517.71 | 2,434.82 | 2,434.82 | 44.85 |
| 28 | HSBC Bank Nevada, N.A. | 7100-000 | 706.45 | 415.23 | 415.23 | 7.65 |
| 29 | GE Money Bank | 7100-000 | 592.00 | 592.11 | 592.11 | 10.91 |
| 30 | ECMC | 7100-000 | 3,668.52 | 3,706.13 | 3,706.13 | 68.26 |
| 31 | B-Line, LLC | 7100-000 | N/A | 580.50 | 580.50 | 10.69 |
| NOTFILED | American Osteoporosis Services | 7100-000 | 157.51 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 4,402.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase/Bank One | 7100-000 | 4,552.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/Bank One | 7100-000 | 5,237.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | 1,476.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 8,835.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostice | 7100-000 | 194.15 | N/A | N/A | 0.00 |
| NOTFILED | Steward Physician Network, Inc | 7100-000 | 19.35 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Good Samaritan Medical Center | 7100-000 | 134.10 | N/A | N/A | 0.00 |
| NOTFILED | Sunoco Citibank | 7100-000 | 873.00 | N/A | N/A | 0.00 |
| NOTFILED | Ge Money Bank JC Penney | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Exxon/Mobil Citibank | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $103,988.16 | $124,134.38 | $124,134.38 | $2,286.47 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-14734-WCH | Trustee:        (410330)   WARREN AGIN |
| Case Name:   CAHILL, DONALD E. | Filed (f) or Converted to (c): 06/06/11 (c) |
| CAHILL, LINDA R | §341(a) Meeting Date: 07/19/11 |
| Period Ending: 02/25/13 | Claims Bar Date: 10/26/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 381 County Road, Hanson, MA | 345,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | ING Orange Savings Account #1360 | 529.00 | 0.00 | DA | 0.00 | FA |
| 4 | Sovereign Bank Checking Account #6790 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings Account #6206 Mutual Bank | 4.05 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Account #6716 Mutual Bank | 206.00 | 0.00 | DA | 0.00 | FA |
| 7 | East Bridgewater Savings Bank Checking Account | 6,071.00 | 0.00 | DA | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS | 3,800.00 | 0.00 | DA | 0.00 | FA |
| 9 | WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | JEWELRY | 3,200.00 | 300.00 | DA | 0.00 | FA |
| 11 | FIREARMS | 3,435.00 | 0.00 | DA | 0.00 | FA |
| 12 | FIREARMS | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | FIREARMS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Nikon Camera/Lenses | 250.00 | 0.00 | DA | 0.00 | FA |
| 15 | Integrity Life Insurance Company IRA | 7,700.64 | 0.00 | DA | 0.00 | FA |
| 16 | Western National Life Insurance Company Annuity<br>   Exemption paid during case. | 11,507.73 | 10,597.78 | | 12,555.81 | FA |
| 17 | Fidelity Notre Dame Academy 403 | 3,268.77 | 0.00 | DA | 0.00 | FA |
| 18 | Sharebuilder Traditional IRA | 4,971.33 | 0.00 | DA | 0.00 | FA |
| 19 | PFPC Trust Co. Traditional IRA | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | Anticipated 2009 Federal and MA Tax Return<br>   Received during chapter 13 period of case. | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 21 | 2004 Ford F350 (93,000 miles)<br>   Insufficient equity to justify administration. | 9,325.00 | 2,425.00 | DA | 0.00 | FA |
| 22 | 2002 Ford Explorer 104,000 miles<br>   Insufficient equity to justify administration. | 2,150.00 | 2,150.00 | DA | 0.00 | FA |
| 23 | 2006 Chevrolet Impala (98,000 miles) | 3,975.00 | 0.00 | DA | 0.00 | FA |
| 24 | Two cats | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-14734-WCH

**Case Name:** CAHILL, DONALD E.
CAHILL, LINDA R

**Period Ending:** 02/25/13

**Trustee:** (410330)    WARREN AGIN

**Filed (f) or Converted (c):** 06/06/11 (c)

**§341(a) Meeting Date:** 07/19/11

**Claims Bar Date:** 10/26/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| Int | INTEREST  (u) | Unknown | N/A | | 0.17 | FA |
| **25** | **Assets**  **Totals** (Excluding unknown values) | **$414,113.52** | **$16,672.78** | | **$12,555.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2014

**Current Projected Date Of Final Report (TFR):**    October 2, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-14734-WCH |
| **Case Name:** | CAHILL, DONALD E. |
| | CAHILL, LINDA R |
| **Taxpayer ID #:** | **-***7737 |
| **Period Ending:** | 02/25/13 |

| | |
|---|---|
| **Trustee:** | WARREN AGIN (410330) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******63-65 - Checking Account |
| **Blanket Bond:** | $35,750,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/11 | {16} | Western National Life Insurance Company | Turnover of annuity proceeds. | 1129-000 | 12,555.81 | | 12,555.81 |
| 12/08/11 | 1001 | Linda Cahill | Payment of claim of exemption in Western National Life Annuity | 8100-002 | | 909.95 | 11,645.86 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 11,645.94 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,620.94 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 11,620.99 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 11,621.03 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.40 | 11,595.63 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,570.63 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,545.63 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,520.63 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.97 | 11,494.66 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,469.66 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.06 | 11,444.60 |
| 08/07/12 | 1002 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2012 FOR CASE #10-14734, Bond #016027600 | 2300-000 | | 8.82 | 11,435.78 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,410.78 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,385.78 |
| 12/19/12 | 1003 | WARREN AGIN | Dividend paid 100.00% on $1,914.60, Trustee Compensation;  Reference: | 2100-000 | | 1,914.60 | 9,471.18 |
| 12/19/12 | 1004 | Verdolino & Lowey, P.C. | Dividend paid 100.00% on $1,140.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,140.00 | 8,331.18 |
| 12/19/12 | 1005 | Verdolino & Lowey, P.C. | Dividend paid 100.00% on $58.59, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 58.59 | 8,272.59 |
| 12/19/12 | 1006 | Internal Revenue Service | Dividend paid 100.00% on $5,986.12; Claim# 5P-2; Filed: $5,986.12; Reference: | 5800-000 | | 5,986.12 | 2,286.47 |
| 12/19/12 | 1007 | Quincy Credit Union | Dividend paid   1.84% on $4,246.89; Claim# 1; Filed: $4,246.89; Reference: | 7100-000 | | 78.22 | 2,208.25 |
| 12/19/12 | 1008 | Discover Bank | Dividend paid   1.84% on $7,059.43; Claim# 2; Filed: $7,059.43; Reference: | 7100-000 | | 130.03 | 2,078.22 |
| 12/19/12 | 1009 | Discover Bank | Dividend paid   1.84% on $6,406.14; Claim# 3; Filed: $6,406.14; Reference: 4043 | 7100-000 | | 118.00 | 1,960.22 |
| 12/19/12 | 1010 | Rockland Trust Company | Dividend paid   1.84% on $17,160.99; Claim# 4 -2; Filed: $17,160.99; Reference: 8221 | 7100-000 | | 316.09 | 1,644.13 |
| 12/19/12 | 1011 | Internal Revenue Service | Dividend paid   1.84% on $417.76; Claim# | 7100-000 | | 7.69 | 1,636.44 |

| | | | Subtotals : | | $12,555.98 | $10,919.54 | |

Printed: 02/25/2013 11:14 AM     V.13.12

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-14734-WCH | |
| **Case Name:** | CAHILL, DONALD E. | |
| | CAHILL, LINDA R | |
| **Taxpayer ID #:** | **-***7737 | |
| **Period Ending:** | 02/25/13 | |

| | |
|---|---|
| **Trustee:** | WARREN AGIN (410330) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******63-65 - Checking Account |
| **Blanket Bond:** | $35,750,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 5U-2; Filed: $417.76; Reference: | | | | |
| 12/19/12 | 1012 | Dell Financial Services L.L.C. | Dividend paid  1.84% on $1,787.04; Claim# 6; Filed: $1,787.04; Reference: 9058 | 7100-000 | | 32.92 | 1,603.52 |
| 12/19/12 | 1013 | Quincy Credit Union | Dividend paid  1.84% on $9,794.22; Claim# 7; Filed: $9,794.22; Reference: 3152 | 7100-000 | | 180.40 | 1,423.12 |
| 12/19/12 | 1014 | eCast Settlement Corporation | Dividend paid  1.84% on $15,683.19; Claim# 9; Filed: $15,683.19; Reference: 1146 | 7100-000 | | 288.87 | 1,134.25 |
| 12/19/12 | 1015 | Portfolio Recovery Associates, LLC | Dividend paid  1.84% on $8,260.50; Claim# 10; Filed: $8,260.50; Reference: 0876 | 7100-000 | | 152.15 | 982.10 |
| 12/19/12 | 1016 | eCast Settlement Corporation | Dividend paid  1.84% on $2,492.94; Claim# 11; Filed: $2,492.94; Reference: | 7100-000 | | 45.92 | 936.18 |
| 12/19/12 | 1017 | CR Evergreen, LLC | Dividend paid  1.84% on $895.28; Claim# 14; Filed: $895.28; Reference: 8272 | 7100-000 | | 16.49 | 919.69 |
| 12/19/12 | 1018 | National Capital Management, LLC. | Dividend paid  1.84% on $1,516.13; Claim# 15; Filed: $1,516.13; Reference: | 7100-000 | | 27.93 | 891.76 |
| 12/19/12 | 1019 | Capital One Bank (USA), N.A. | Dividend paid  1.84% on $3,905.98; Claim# 16; Filed: $3,905.98; Reference: 9695 | 7100-000 | | 71.95 | 819.81 |
| 12/19/12 | 1020 | OPHRYS, LLC | Dividend paid  1.84% on $5,215.47; Claim# 17; Filed: $5,215.47; Reference: | 7100-000 | | 96.07 | 723.74 |
| 12/19/12 | 1021 | PRA Receivables Management, LLC | Dividend paid  1.84% on $9,116.27; Claim# 18; Filed: $9,116.27; Reference: | 7100-000 | | 167.92 | 555.82 |
| 12/19/12 | 1022 | PRA Receivables Management, LLC | Dividend paid  1.84% on $2,400.11; Claim# 19; Filed: $2,400.11; Reference: | 7100-000 | | 44.21 | 511.61 |
| 12/19/12 | 1023 | HSBC Bank Nevada, N.A. | Dividend paid  1.84% on $953.78; Claim# 20; Filed: $953.78; Reference: 7208 | 7100-000 | | 17.57 | 494.04 |
| 12/19/12 | 1024 | HSBC Bank Nevada, N.A. | Dividend paid  1.84% on $598.67; Claim# 21; Filed: $598.67; Reference: | 7100-000 | | 11.03 | 483.01 |
| 12/19/12 | 1025 | HSBC Bank Nevada, N.A. | Dividend paid  1.84% on $1,912.43; Claim# 22; Filed: $1,912.43; Reference: | 7100-000 | | 35.23 | 447.78 |
| 12/19/12 | 1026 | PRA Receivables Management, LLC | Dividend paid  1.84% on $5,958.66; Claim# 23; Filed: $5,958.66; Reference: | 7100-000 | | 109.75 | 338.03 |
| 12/19/12 | 1027 | PRA Receivables Management, LLC | Dividend paid  1.84% on $1,061.06; Claim# 24; Filed: $1,061.06; Reference: | 7100-000 | | 19.54 | 318.49 |
| 12/19/12 | 1028 | PRA Receivables Management, LLC | Dividend paid  1.84% on $4,752.82; Claim# 25; Filed: $4,752.82; Reference: | 7100-000 | | 87.54 | 230.95 |
| 12/19/12 | 1029 | PRA Receivables Management, LLC | Dividend paid  1.84% on $4,809.83; Claim# 26; Filed: $4,809.83; Reference: 0525 | 7100-000 | | 88.59 | 142.36 |
| 12/19/12 | 1030 | eCAST Settlement Corporation | Dividend paid  1.84% on $2,434.82; Claim# 27; Filed: $2,434.82; Reference: 7169 | 7100-000 | | 44.85 | 97.51 |
| | | | Subtotals : | | $0.00 | $1,538.93 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-14734-WCH |
| **Case Name:** | CAHILL, DONALD E. |
| | CAHILL, LINDA R |
| **Taxpayer ID #:** | **-***7737 |
| **Period Ending:** | 02/25/13 |

| | |
|---|---|
| **Trustee:** | WARREN AGIN (410330) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******63-65 - Checking Account |
| **Blanket Bond:** | $35,750,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | 1031 | HSBC Bank Nevada, N.A. | Dividend paid  1.84% on $415.23; Claim# 28;<br>Filed: $415.23; Reference: 5518 | 7100-000 | | 7.65 | 89.86 |
| 12/19/12 | 1032 | GE Money Bank | Dividend paid  1.84% on $592.11; Claim# 29;<br>Filed: $592.11; Reference: 0750 | 7100-000 | | 10.91 | 78.95 |
| 12/19/12 | 1033 | ECMC | Dividend paid  1.84% on $3,706.13; Claim#<br>30; Filed: $3,706.13; Reference: 2384 | 7100-000 | | 68.26 | 10.69 |
| 12/19/12 | 1034 | B-Line, LLC | Dividend paid  1.84% on $580.50; Claim# 31;<br>Filed: $580.50; Reference: | 7100-000 | | 10.69 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,555.98 | 12,555.98 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 12,555.98 | 12,555.98 | |
| Less: Payments to Debtors | | 909.95 | |
| **NET Receipts / Disbursements** | **$12,555.98** | **$11,646.03** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-14734-WCH |
| Case Name: | CAHILL, DONALD E. |
| | CAHILL, LINDA R |
| Taxpayer ID #: | **-***7737 |
| Period Ending: | 02/25/13 |

| | |
|---|---|
| Trustee: | WARREN AGIN (410330) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****033765 - Checking Account |
| Blanket Bond: | $35,750,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******63-65** | 12,555.98 | 11,646.03 | 0.00 |
| **Checking # ****033765** | 0.00 | 0.00 | 0.00 |
| | $12,555.98 | $11,646.03 | $0.00 |

{} Asset reference(s)

Printed: 02/25/2013 11:14 AM    V.13.12